No. 74–5412. DANIELS v. ALABAMA. C. A. 5th Cir. Certiorari denied.

No. 74–5418. DENSON v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 74–5420. HUBBARD v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 74–5432. HAYGOOD v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 74–5434. VILLARREAL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 74–5438. HALL v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 74–5441. MANDUJANO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 74–5443. VILKAITIS v. MARYLAND. Ct. App. Md. Certiorari denied.

No. 74–5465. LAUGHLIN v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 74–5468. MAGEE v. SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA, ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 74–5518. PEMBERTON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 74–5495. FUNCHES v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.